

**HOUSTON | AUSTIN**

WILLIAM B. WESTCOTT
SHAREHOLDER

DIRECT DIAL: (713) 850-4215
BWESTCOTT@ANDREWSMYERS.COM

September 29, 2016

**VIA E-FILE**
The Honorable Lynn N. Hughes
United States District Judge
515 Rusk Avenue, Room 5300
Houston, Texas 77002-2605

Re: Civil Action No. H-16-1920; ***ProEnergy Services, LLC v. Hess Corporation, et al.***; In the United States District Court for the Southern District of Texas, Houston Division

Dear Judge Hughes:

By the agreement of the parties, the above-referenced Construction Dispute case was mediated in my office on September 15, 2016. I am pleased to report that this case was settled by all parties at mediation.

The parties were represented by the following attorneys and the total mediation fee was $3,500 and paid as follows:

| Parties | Mediation Fee |
|---|---|
| **Plaintiff** | **$1,750.00** |
| **ProEnergy Services, LLC** | |
| Timothy M. McCloskey | |
| TMCCLOSKEY@CMRLLP.COM | |
| Blake E. Rizzo | |
| brizzo@cmrllp.com | |
| CARRIGAN, MCCLOSKEY & ROBERSON, L.L.P. | |
| 945 Heights Blvd. | |
| Houston, TX  77008 | |

Andrews Myers • Attorneys at Law
3900 Essex Lane, Suite 800 • Houston, Texas 77027-5198
T 713.850.4200 F 713.850.4211 • www.andrewsmyers.com

4829-1098-9625, v.  1
1138.320

September 29, 2016
Page 2

| | |
|---|---|
| **Defendants** | **$1,750.00** |
| **Hess Corporation** | |
| **Hess North** | |
| **Dakota Pipelines, LLC** | |

    Michael J. Mazzone
    michael.mazzone@haynesboone.com
    Robert Carlton
    robert.carlton@haynesboone.com
    HAYNES BOONE
    1221 McKinney, Suite 2100
    Houston, TX  77010

The following attended mediation on behalf of the parties:

| **Attendees** | **Party Representing** |
|---|---|
| Ron Coker | ProEnergy |
| Blake Rizzo | ProEnergy |
| Scott Pollard | ProEnergy |
| Aaron Twenter | ProEnergy |
| Sarah Wilson | ProEnergy |
| Chad Allen | ProEnergy |
| Rusty Woolley | ProEnergy |
| Steve Strahan | Hess |
| Rebecca Doty | Hess |
| Michael J. Mazzone | Hess |

If I may be of further assistant to your or the court, please advise.

    Very truly yours,

    William B. Westcott

WBW:mrw